IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF LAWRENCE KAHNG and CLARA KAHNG, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-0402 |
| THE CITY OF HOUSTON, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting the Defendant's Motion to Dismiss and denying the plaintiffs' request for leave to amend, this action is **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted.

Costs will be taxed against plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 24th day of April, 2007.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE